1  NICOLA T. HANNA
2  United States Attorney
   THOMAS D. COKER
3  Assistant United States Attorney
4  Chief, Tax Division
   ANDREW T. PRIBE (CA SBN 254904)
5  Assistant United States Attorney
6        Federal Building, Suite 7211
         300 North Los Angeles Street
7        Los Angeles, California 90012
8        Telephone: (213) 894-6551
         Facsimile: (213) 894-0115
9        E-mail: andrew.t.pribe@usdoj.gov
10
11 *Attorneys for the United States of America*

           UNITED STATES DISTRICT COURT
12         CENTRAL DISTRICT OF CALIFORNIA
13               WESTERN DIVISION

14
   UNITED STATES OF AMERICA,        Case No.: 2:20-cv-6173 JVS(RAOx)
15
           Plaintiff /
16         Counterdefendant,         Stipulation for Dismissal Under
                                     Fed. R. Civ. P. 41(a)(1)(A)(ii)
17
                v.
18
   MARGARET J. JONES,
19 individually, and MARGARET J.
20 JONES, as EXECUTOR, ESTATE
   of JEFFREY L. JONES,
21
22         Defendants /
           Counterplaintiffs.
23
24
25
26
27
28

The United States of America, Plaintiff / Counterdefendant, and Margaret J. Jones, individually, and Margaret J. Jones, as Executor, Estate of Jeffrey J. Jones, Defendants / Counterplaintiffs, stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this case is dismissed with prejudice, with each party bearing their own attorney's fees and costs.

As set forth in Fed. R. Civ. P. 41(a)(1)(A)(ii), no court order is required to effect this dismissal.

| For Plaintiff / Counterdefendant, UNITED STATES OF AMERICA | For Defendants / Counterplaintiffs, MARGARET J. JONES, individually, and MARGARET J. JONES, as EXECUTOR, ESTATE of JEFFREY L. JONES |
|---|---|
| **/s/ Andrew T. Pribe** <br> Date: 12/21/2020 <br> NICOLA T. HANNA <br> United States Attorney <br> THOMAS D. COKER <br> Assistant United States Attorney <br> Chief, Tax Division <br> ANDREW T. PRIBE <br> Assistant United States Attorney | **Edward C. Walton** Date: 12/21/2020 <br> EDWARD C. WALTON <br> PATRICK W. MARTIN <br> ERIC D. SWENSON <br> JUSTIN M. FONTAINE <br> PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |